## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE: Nathan D. Martz**
    **Nicole  J.  Martz**

                **Debtor(s)**

**BK NO. 20-00493 HWV**

**Chapter 13**


## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of  and index same on the master mailing list.


              Respectfully submitted,


          /s/


          KML Law Group, P.C.
          BNY Mellon Independence Center
          701 Market Street, Suite 5000
          Philadelphia, PA  19106
          215-627-1322