IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 1-20-00493(HWV) |
| NATHAN D. MARTZ and | : | |
| NICOLE J. MARTZ | : | |
|     Debtor(s) | : | CHAPTER 13 |
| | : | |
| ALLY FINANCIAL INC. | : | Nature of Proceeding: Withdrawing |
|     Movant(s) | : | Ally Financial Inc.'s Motion for Relief |
| | : | |
| NATHAN D. MARTZ and | : | |
| NICOLE J. MARTZ | : | Pleading: Ally Financial Inc.'s Motion for |
| CHARLES J. DEHART, III, Trustee | : | Relief from the Automatic Stay |
|     Respondent(s) | : | Document #: 41 |

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST

CHECK ONE:

☒ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☐ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one)

    ☐ Thirty (30) days.

    ☐ Forty-five (45) days.

    ☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: November 17, 2020      s/ Regina Cohen

    Attorney for   Ally Financial Inc.

2202378v1