UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: NATHAN D. MARTZ
NICOLE J. MARTZ            CHAPTER 13

    Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant                      CASE NO: 1-20-00493-HWV

NATHAN D. MARTZ
NICOLE J. MARTZ

    Respondent(s)

## CERTIFICATION OF DEFAULT

AND NOW on November 12, 2021, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

As of November 12, 2021, the Debtor(s) is/are $20436.13 in arrears with a plan payment having last been made on Jul 06, 2021

In accordance with said stipulation, the case may be dismissed

    Respectfully Submitted,
    /s/ Bobbie Weigel
    for Jack N. Zaharopoulos, Trustee
    8125 Adams Drive, Suite A
    Hummelstown, PA 17036
    Phone: (717) 566-6097

Dated: November 12, 2021

IN RE: NATHAN D. MARTZ
NICOLE J. MARTZ        CHAPTER 13

     Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
     Movant        CASE NO: 1-20-00493-HWV

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on November 12, 2021, I served a copy of this Certification of Default on the following parties by 1st Class Mail, from Hummelstown, PA unless served electronically.

| | |
|---|---|
| JOHN J FERRY, JR, ESQUIRE<br>LAW OFFICE OF JOHN J FERRY<br>931 CUMBERLAND STREET<br>LEBANON, PA 17042- | SERVED ELECTRONICALLY |
| NATHAN D. MARTZ<br>NICOLE J. MARTZ<br>211 HAZEL COURT<br>LEBANON, PA 17042 | SERVED BY 1ST CLASS MAIL |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA 17101 | SERVED ELECTRONICALLY |

I certify under penalty of perjury that the foregoing is true and correct.

Dated: November 12, 2021        Respectfully submitted,
                                              Bobbie Weigel
                                              for Jack N. Zaharopoulos, Trustee
                                              Suite A, 8125 Adams Dr.
                                              Hummelstown, PA 17036
                                              Phone: (717) 566-6097
                                              eMail: info@pamd13trustee.com