United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Nathan D. Martz  
Nicole J. Martz  
    Debtors

Case No. 20-00493-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3  
Date Rcvd: Nov 19, 2021     Form ID: pdf010     Total Noticed: 31

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Nathan D. Martz, Nicole J. Martz, 211 Hazel Court, Lebanon, PA 17042-7677 |
| 5299872 | | Bureau of Account Management, 3607 Rosemont Avenue, Suite 502, PO Box 8875, Camp Hill, PA 17001-8875 |
| 5317100 | + | FREEDOM MORTGAGE CORPORATION, Bankruptcy Department,, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 5442949 | + | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 5299874 | + | Freedom Mortgage Corp, 907 Pleasant Valley Ave, Mount Laurel, NJ 08054-1210 |
| 5299876 | + | LG Health Physicians, Family Medicine Lititz, 562 West 2nd Avenue, Lititz, PA 17543-1816 |
| 5310579 | + | Lancaster Gen Hospital, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5299877 | ++ | MET ED FIRST ENERGY, 101 CRAWFORD CORNER RD, BLDG 1 SUITE 1-511, HOLMDEL NJ 07733-1976 address filed with court:, Met-Ed, 2800 Pottsville Pike, Reading, PA 19605 |
| 5442948 | + | Mario Hanyon, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 5311375 | + | Metropolitan Edison Company, 101 Crawford's Corner Rd, Bldg 1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 5299878 | | Penn State MS Hershey Med. Center, PO Box 854, MC A410, Hershey, PA 17033-0854 |
| 5299879 | + | Penn State University, Bursar's Office, 103 Shields Bldg, University Park, PA 16802-1201 |
| 5313667 | + | THE PENNSYLVANIA STATE UNIVERSITY, OFFICE OF THE BURSAR, 108 SHIELDS BUILDING, UNIVERSITY PARK, PA 16802-1201 |
| 5299881 | + | US Dept Of Education/glelsi, 2401 International Lane, Madison, WI 53704-3121 |
| 5299882 | + | USAA Savings Bank, 10750 Mc Dermott, San Antonio, TX 78288-1600 |
| 5299883 | | WellSpan (GSH), 4th & Walnut Streets, Lebanon, PA 17042 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 19 2021 18:54:16 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: ally@ebn.phinsolutions.com | Nov 19 2021 18:44:00 | Ally Financial Inc., P.O. Box 130424, Roseville, MN 55113-0004 |
| cr | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 19 2021 18:44:00 | Midland Credit Management, Inc., Po Box 2011, Warren, MI 48090-2011 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Nov 19 2021 18:43:57 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5320700 | | Email/Text: ally@ebn.phinsolutions.com | Nov 19 2021 18:44:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 5425131 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 19 2021 18:43:54 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5299870 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 19 2021 18:44:00 | Ally Financial, P.O. Box 380901, Bloomington, MN 55438-0901 |
| 5299871 | + | Email/Text: bankruptcy@acacceptance.com | Nov 19 2021 18:44:00 | American Credit Acceptance, 961 E Main St, Spartanburg, SC 29302-2185 |

| Recipient ID | | Method | Date/Time | Name/Address |
| --- | --- | --- | --- | --- |
| 5311081 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 19 2021 18:44:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5299873 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 19 2021 18:43:57 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 5299875 | + | Email/Text: support@ljross.com | Nov 19 2021 18:44:00 | L J Ross Associates Inc, P O Box 1838, Ann Arbor, MI 48106-1838 |
| 5318256 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 19 2021 18:44:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5320147 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 19 2021 18:54:26 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5300294 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 19 2021 18:43:54 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5299880 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 19 2021 18:43:54 | Synchrony Bank/netwrk, Attn: Bankruptcy Dept., PO Box 965036, Orlando, FL 32896-5036 |

TOTAL: 15

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| John J Ferry, Jr | on behalf of Debtor 1 Nathan D. Martz jackferry2@gmail.com jackferrybankruptcy@gmail.com;r51058@notify.bestcase.com |
| John J Ferry, Jr | on behalf of Debtor 2 Nicole J. Martz jackferry2@gmail.com jackferrybankruptcy@gmail.com;r51058@notify.bestcase.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Rebecca Ann Solarz | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com |

| | |
|---|---|
| Regina Cohen | on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com ksweeney@lavin-law.com |
| Thomas Song | on behalf of Creditor Freedom Mortgage Corporation tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Nathan D. Martz

Debtor 1

Nicole J. Martz

Debtor 2

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
vs. Movant(s)

NATHAN D. MARTZ
NICOLE J. MARTZ

Respondent(s)

Chapter: 13
Case No.: 1:20-bk-00493-HWV

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtors be and it hereby is dismissed.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

Dated: November 19, 2021          By the Court,

*Henry W. Van Eck* (signature)
Henry W. Van Eck, Chief Bankruptcy Judge (MS)